IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENN M. DAVIS,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.   13-cv-412-wmc

MANUEL JOSEPH and
DMITRIY CHESTER,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered  entered in favor of defendants Manuel Joseph and Dmitriy Chester granting their motion for summary judgment and dismissing this case without prejudice for plaintiff Glenn Davis's failure to exhaust available administrative remedies as required by 42 U.S.C. § 1997e(a).

| /s/ | 8/5/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |